IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 7:26cr 14 |
| | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 922(a)(6) |
| vs. | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(a)(1)(A) |
| CADEN VAUGHN FRENCH | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |

**SEALED INDICTMENT**

COUNTS ONE TO TWELVE

THE GRAND JURY CHARGES:

That on or about the dates set forth in the table below, in the District of South Carolina, the Defendant, CADEN VAUGHN FRENCH, aided, abetted, and counseled by Defendant , did knowingly make false statements in connection with the acquisition and attempted acquisition of the firearm listed below from the licensed dealer listed below, which was intended and likely to deceive the said dealer with respect to a fact material to the lawfulness of the sale and disposition of the firearm under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant, CADEN VAUGHN FRENCH, did execute a Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, to the effect that he was the true purchaser of the firearm listed below, whereas in truth and in fact, CADEN VAUGH FRENCH was not the true purchaser;

JAN 13 2026 PM 1:48
USDC GREENVILLE SC

1

| Count | Buy Date | Purchase Location | Make | Model | Caliber | Serial # |
|---|---|---|---|---|---|---|
| 1 | 11/7/2024 | Cash Today Pawn Spartanburg | Stoeger | STR-OSC | 9 | T6429-22Y00783 |
|  | 11/7/2024 | Cash Today Pawn Spartanburg | Taurus | PT740 SLIM | 40 | S1075331 |
|  | 11/7/2024 | Cash Today Pawn Spartanburg | Phoenix Arms | HP22A | 22 | 4578732 |
| 2 | 6/23/2025 | Lakelands Pawn & Guns  Spartanburg | FMK | RECON | 9 | SBD0983 |
| 3 | 6/27/2025 | Academy Sports Spartanburg | Ruger | LCP | 380 | 3726613486 |
|  | 6/27/2025 | Academy Sports Spartanburg | Ruger | LCP | 380 | 372619803 |
| 4 | 6/27/2025 | Smart Pawn Spartanburg | Taurus | SPECRUM 380 | 380 | 1F023241 |
| 5 | 7/30/2025 | Smart Pawn Spartanburg | Ruger | LCP | 380 | 372355652 |
| 6 | 7/31/2025 | Cash Today Pawn Spartanburg | S&W | M&P40 SHIELD | 40 | JAY2778 |
| 7 | 7/31/2025 | First Cash Pawn Spartanburg | Glock | 42 | 380 | AHTL354 |
| 8 | 8/15/2025 | Cash Today Pawn Spartanburg | Taurus | G3 | 9 | ACA480696 |
|  | 8/15/2025 | Cash Today Pawn Spartanburg | S&W | SD40 | 40 | EJS6667 |
| 9 | 8/15/2025 | Academy Sports Spartanburg | Ruger | LCP | 380 | 379174437 |
|  | 8/15/2025 | Academy Sports Spartanburg | Ruger | LCP | 380 | 372613439 |
| 10 | 8/15/2025 | Smart Pawn Spartanburg | Glock | 23 | 40 | FZK355 |
| 11 | 9/23/2025 | First Cash Pawn Spartanburg | Cobra | FS380 | 380 | FS081000 |
| 12 | 9/23/2025 | Smart Pawn Spartanburg | Glock | 21GEN4 | 45 | AGDB122 |

All in violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

COUNTS 13– 24

THE GRAND JURY FURTHER CHARGES:

That on or about the dates set forth in the table below, in the District of South Carolina, the Defendants, CADEN VAUGHN FRENCH, and                                    , knowingly made false statements and representations in connection with CADEN VAUGHN FRENCH's acquisition of firearms, while he was aided, abetted, and counseled on buying the firearms by and for                                    , to a federally licensed firearms dealer, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the federal firearms licensee, in that the defendant, CADEN VAUGHN FRENCH, represented that he was the actual buyer of the firearms, when in fact, as he then well knew, he was buying the firearms for                                    ;

| Count | Buy Date | Purchase Location | Make | Model | Caliber | Serial # |
|---|---|---|---|---|---|---|
| 13 | 11/7/2024 | Cash Today Pawn Spartanburg | Stoeger | STR-OSC | 9 | T6429-22Y00783 |
|  | 11/7/2024 | Cash Today Pawn Spartanburg | Taurus | PT740 SLIM | 40 | S1075331 |
|  | 11/7/2024 | Cash Today Pawn Spartanburg | Phoenix Arms | HP22A | 22 | 4578732 |
| 14 | 6/23/2025 | Lakelands Pawn & Guns Spartanburg | FMK | RECON | 9 | SBD0983 |
| 15 | 6/27/2025 | Academy Sports Spartanburg | Ruger | LCP | 380 | 3726613486 |
|  | 6/27/2025 | Academy Sports Spartanburg | Ruger | LCP | 380 | 372619803 |

3

| 16 | 6/27/2025 | Smart Pawn Spartanburg | Taurus | SPECRUM 380 | 380 | 1F023241 |
|----|-----------|------------------------|--------|-------------|-----|----------|
| 17 | 7/30/2025 | Smart Pawn Spartanburg | Ruger | LCP | 380 | 372355652 |
| 18 | 7/31/2025 | Cash Today Pawn Spartanburg | S&W | M&P40 SHIELD | 40 | JAY2778 |
| 19 | 7/31/2025 | First Cash Pawn Spartanburg | Glock | 42 | 380 | AHTL354 |
| 20 | 8/15/2025 | Cash Today Pawn Spartanburg | Taurus | G3 | 9 | ACA480696 |
|    | 8/15/2025 | Cash Today Pawn Spartanburg | S&W | SD40 | 40 | EJS6667 |
| 21 | 8/15/2025 | Academy Sports Spartanburg | Ruger | LCP | 380 | 379174437 |
|    | 8/15/2025 | Academy Sports Spartanburg | Ruger | LCP | 380 | 372613439 |
| 22 | 8/15/2025 | Smart Pawn Spartanburg | Glock | 23 | 40 | FZK355 |
| 23 | 9/23/2025 | First Cash Pawn Spartanburg | Cobra | FS380 | 380 | FS081000 |
| 24 | 9/23/2025 | Smart Pawn Spartanburg | Glock | 21GEN4 | 45 | AGDB122 |

All in violation of Title 18, United States Code, Sections 2, and 924(a)(1)(A).

4

**FORFEITURE**

FIREARM OFFENSES:

Upon conviction for felony violation of Title 18, United States Code, Sections 922 and 924 as charged in this Indictment, the Defendants, CADEN VAUGHN FRENCH, and

shall forfeit to the United States all of the Defendants' rights, title, and interest in and to:

(a)     any firearms and ammunition (as defined in 18 U.S.C. § 921) –

    (1)     involved in or used in any knowing violations of 18 U.S.C. § 922 or 924, or violation of any other criminal law of the United States or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendants for the offenses charged in this Indictment includes, but is not limited to, the following:

Firearms:

Any recovered firearms, weapon accessories, ammunition, bullets, casings and fragments

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

5

A __TRUE__ Bill

REDACTED

FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _Max B. Cauthen III_
Max B. Cauthen, III (Fed. ID # 06732)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:    864-268-2100
Fax:    864-233-3158
Email: Max.Cauthen@usdoj.gov

6